Case 1:26-cr-00216-DLC Document 76 Filed 07/06/26 Page 1 of 1

LGR LAW, LLC
FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM

July 6, 2026

*Via ECF*
Hon. Denise S. Cote
United States District Court Judge, SDNY
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: ***US v. Jholkis Melenciano Colon***
***1:26-cr-00216-DLC-12***

Dear Judge Cote:

I represent Jholkis Melenciano Colon, in the above matter. Mr. Colon has secured employment as a driver delivering products for ShopRite near his residence. We have been advised by Pretrial Services that, because the position is not stationary, he would need his conditions of release modified from home detention to a curfew in order to perform this work, with location monitoring to remain in place. Accordingly, we respectfully request that the Court modify Mr. Colon's conditions of release from home detention to a curfew, with all other conditions remaining in effect. Pretrial Services Officer Evelyn Alvayero, on behalf of Pretrial Services, and Robert S. Ruff, AUSA, on behalf of the Government, do not object to this request.

Your Honor's consideration of this request is greatly appreciated.

Granted.
Denise Cote
7/6/26

Respectfully submitted,

Lorraine Gauli-Rufo, Esq.
Attorney for Jholkis Melencano Colon

cc: All Parties of Record
Evelyn Alvayero, PTSO