USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**THE UNITED STATES OF AMERICA,**

**-against-**

**JHOLKIS MELENCIANO COLON,**

**Defendant.**

**---------------------------------------------------------------X**

**1:26-CR-00216-RA-12**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

IT IS HEREBY ORDERED that the defendant's bail be modified to include:

- Defendant to be allowed to communicate with co-defendant Angel Heredia Perez outside the presence of counsel, however, they must refrain from discussing their cases and the instant offense.

**SO ORDERED**.

SARAH NETBURN
United States Magistrate Judge

DATED: October 16, 2026
New York, New York