LGR LAW, LLC
FEDERAL CRIMINAL DEFENSE
Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

November 16, 2026

*Via ECF*
Honorable Ronnie Abrams
Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 17, 2026

Re: *United States v. Jholkis Melenciano Colon*
Case No. 26-cr-216 (RA)

Dear Judges Abrams and Netburn:

I represent Jholkis Melenciano Colon in the above-referenced matter. Please accept this letter brief in lieu of a more formal submission requesting a modification of Mr. Colon's bail conditions to permit him to travel to the District of New Jersey. Mr. Colon's current bail conditions include a curfew with location monitoring, and his travel is restricted to the Southern and Eastern Districts of New York. He may travel to the District of New Jersey only to meet with counsel.

Mr. Colon is seeking the proposed modification because the mother of his child relocated to New Jersey with their son. Mr. Colon would like to visit his son and attend church at the Hudson Vineyard Christian Church in North Bergen, New Jersey. I have consulted with Pretrial Services Officer Dominique Jackson, who consents to this request, and AUSA Robert Ruff, who has no objection.

I therefore respectfully request that Mr. Colon's travel restrictions be modified to include the Southern and Eastern Districts of New York and the District of New Jersey. All other conditions of Mr. Colon's release will remain in place.

Your Honors' time and consideration of this request is greatly appreciated.

Respectfully Submitted,

Lorraine Gauli-Rufo

Lorraine Gauli-Rufo, Esq.
*Attorney for Jholkis Melenciano Colon*

Cc: AUSA Robert S. Ruff (*via ECF*)
PTSO Dominique Jackson (*via email*)