UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

1:26-cr-00216-RA-12

-against-

ORDER

Jholkis Melenciano Colon

Defendant

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition: mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
November 20, 2026

SO ORDERED:

Ronnie Abrams
United States District Judge